# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHALRLOTTE DIVISION

| | |
|---|---|
| FATIHAA CARROLL,<br><br>       Plaintiff,<br><br>   v.<br><br>SIZZLING PLATTER, INC.,<br><br>       Defendant. | Civil Action No. 3:25-cv-340<br><br>**NOTICE OF APPEARANCE** |

NOW COMES the undersigned attorney, Matthew S. Brown, of the law firm of Littler Mendelson, P.C., and hereby enters a notice of appearance in this case on behalf of Defendant Sizzling Platter, Inc.[1]

Dated: May 21, 2025

/s/ Matthew S. Brown
Kellie A. Tabor, Bar No. 57153
KTabor@littler.com
Matthew S. Brown, Bar No. 53001
mabrown@littler.com
LITTLER MENDELSON, P.C.
620 South Tryon Street, Suite 950
Charlotte, NC  28202
Telephone:   704.972.7000
Facsimile:   704.333.4005

*Attorneys for Defendant*

---

[1] Plaintiff identified "Sizzling Wings, Inc." as the Defendant in her Amended Complaint. However, "Sizzling Wings, Inc." is not Plaintiff's correct employing entity.  The correct employing entity is Sizzling Platter, LLC.

**CERTIFICATE OF SERVICE**

This is to certify that on May 21, 2025, the undersigned filed the foregoing using the Court's CM/ECF system and served the foregoing upon the following plaintiff appearing *pro se* via U.S. Mail, first class, proper postage affixed thereto and addressed as follows:

Fatihaa Carroll
815 Warren St., Apt. B2
Monroe, NC 28110
Telephone: (234) 699-0561
Email: Fatihaacarroll@gmail.com

*Pro Se Plaintiff*

/s/ Matthew S. Brown
Kellie A. Tabor, Bar No. 57153
KTabor@littler.com
Matthew S. Brown, Bar No. 53001
mbrown@littler.com
LITTLER MENDELSON, P.C.
620 South Tryon Street, Suite 950
Charlotte, NC  28202
Telephone:   704.972.7000
Facsimile:   704.333.4005

*Attorneys for Defendant*